IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

Wilmington, DE 19808

Case No. 06 - 84 M



## MOTION AND ORDER TO SEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Application for Search Warrant, Search Warrant, this Motion and Order to Seal, and the related file in the above-captioned case, until further order of the Court.

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: July 13, 2006

AND NOW this 13th day of July, 2006, based upon the foregoing Motion, **IT IS ORDERED** that Application for Search Warrant, Search Warrant, this Motion and Order to Seal, and the related file in the above-captioned case be **SEALED** until further Order of the Court.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware

FILED
JUL 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE