AO 93 (Rev. 5/85) Search Warrant



# United States District Court

FOR THE District of Delaware

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

**SEARCH WARRANT**

Wilmington, DE 19808

CASE NUMBER: 06- 84 M

**REDACTED**

TO: William David, Deputy U.S. Marshal _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___ William David, Deputy U.S. Marshal ___ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)

Wilmington, DE 19808

in the _____ District of Delaware _____ there is now
concealed a certain person or property, namely (describe the person or property)

Firearms and Ammunition

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ July 23, 2006 _____
                                                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___ Hon. Joseph J. Farnan, Jr., U.S. District Judge ___
as required by law.                                                                 U.S. Judge or Magistrate

July 13, 2006 at ____ .m.                          at  Wilmington, Delaware
Date and Time Issued                                   City and State

Hon. Joseph J. Farnan, Jr., U.S. District Judge    *signature*
Name and Title of Judicial Officer                 Signature of Judicial Officer

FILED
JUL 1 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7-13-2006 | DATE AND TIME WARRANT EXECUTED<br>7-13-2006   16:45 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Inside Residence. |
| INVENTORY MADE IN THE PRESENCE OF<br>Tpr Fletcher, DSP | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

One Beretta ES 100 12 GA shotgun, ser # E0422600
One soft sided Rifle case
One cardboard Rifle case
Two Boxes of 12 GA shotgun shells

### CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_William [signature]_

Subcribed, sworn to, and returned before me this date.

_Joseph J. Farn_   July 17, 2006
U.S. Judge ~~or Magistrate~~   Date