AO106 (Rev. 12/03)  Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

▬▬▬▬▬▬▬▬▬▬
Wilmington, DE 19808

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number: 06- 84M

REDACTED

I, William David _____ being duly sworn depose and say:

I am a(n) Deputy U.S. Marshal _____ and have reason to believe
                              Official Title

that [ ] on the person of or  [✓] on the property or premises known as (name, description and/or location)

▬▬▬▬▬▬▬▬▬▬, Wilmington, DE 19808

in the _____ District of   Delaware _____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

Firearms and Ammunition

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence, fruits and/or instrumentalities of a crime

concerning a violation of Title  18  _____  United States code, Section(s)  876(c) _____

The facts to support a finding of probable cause are as follows:

FILED

NOV 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continued on the attached sheet and made a part hereof:  [✓] Yes  [ ] No

_William [signature]_
Signature of Affiant

Sworn to before me and subscribed in my presence,

July 13, 2006 _____ at   Wilmington, Delaware
Date                                                                                 City                                      State

Hon. Joseph J. Farnan, Jr.        U.S. District Judge              _Joseph J. Farnan [signature]_
Name of Judge                              Title of Judge                       Signature of Judge

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

1.      I, William David, have been a Deputy United States Marshal with the United States Marshals Service for over ten (10) years. I am currently assigned to the United States Marshals Service Office in Wilmington, Delaware. My responsibilities as a Deputy United States Marshal include the apprehension of fugitives and the protection of the Federal Judiciary. This affidavit is based upon my personal knowledge and information provided to me by other law enforcement entities.

2.      This affidavit is made in support of a search warrant for ▆▆▆▆▆▆▆▆▆, Pike Creek, Delaware for evidence of a violation of 18 U.S.C. § 876(c), specifically firearms and ammunition.

3.      I attach hereto and incorporate by reference my affidavit in support of a criminal complaint issued by this Court on July 13, 2006, against Steven David Humes. In that criminal complaint, I detailed how Humes mailed a threat via the Postal Service against another person in violation of 18 U.S.C. § 876(c). As I stated in the attached criminal complaint, Humes stated that if he did not receive what he considered to be justice, he would effect an armed "arrest" of the threatened persons.

4.      Pursuant to an arrest warrant issued July 13, 2006, law enforcement effected Humes' arrest at ▆▆▆▆▆▆▆▆▆ Pike Creek, Delaware. During a security sweep of the residence, law enforcement observed in plain view, a cardboard box for a Baretta ES100 shotgun, two boxes of ammunition for a .12gauge shotgun, and a soft gun case leaning against a wall that from its appearance indicates the presence of a firearm. This indicates that Humes is indeed armed as he represented he was in his threatening communication and that his threat was serious.

5.      Based upon this investigation and my training and experience, I believe that a search of ▆▆▆▆▆▆▆▆▆, Pike Creek, Delaware will result in the seizure of firearms and ammunition pertaining to the criminal involvement of Steven David Humes in a violation of 18 U.S.C. § 876(c).