AO 93 (Rev. 5/85) Search Warrant



# United States District Court

### FOR THE District of Delaware

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

██████████████████████

Wilmington, DE 19808

**SEARCH WARRANT**

CASE NUMBER: 06- **84 M**

REDACTED

TO: William David, Deputy U.S. Marshal_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____William David, Deputy U.S. Marshal_____who has reason to
_____Affiant_____

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)

████████████████

Wilmington, DE 19808

in the _____ District of Delaware _____ there is now
concealed a certain person or property, namely (describe the person or property)

Firearms and Ammunition

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____July 23, 2006_____
_____Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established), and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____Hon. Joseph J. Farnan, Jr., U.S. District Judge_____
as required by law.                                                                                      U.S. Judge or Magistrate

July 13, 2006 at        .m.                                                          at  Wilmington, Delaware
_____          _____
Date and Time Issued                                                                  City and State

Hon. Joseph J. Farnan, Jr., U.S. District Judge
_____          _____
Name and Title of Judicial Officer                                            Signature of Judicial Officer

FILED

NOV 2 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 7-13-2006 | 7-13-2006   16:45 | *Inside Residence.* |

INVENTORY MADE IN THE PRESENCE OF
*Tpr Fletcher, DSP*

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One Beretta ES 100 12 Ga Shotgun, Ser # E0422600
One soft sided Rifle case
One cardboard Rifle case
Two Boxes of 12 Ga Shotgun shells

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

*William Vane*

Subcribed, sworn to, and returned before me this date.

*Joseph J Farn J*                              *July 17, 2006*

U.S. Judge ~~or Magistrate~~                          Date